[No. 40523-7-II.  Division Two.  March 29, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LLOYD SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-02076-1, Roger A. Bennett, J., entered March 12, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 40546-6-II.  Division Two.  March 29, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE ANTHONY MATA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03558-1, Brian M. Tollefson, J., entered March 26, 2010. *Affirmed in part* and *reversed in part* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 28613-4-III.  Division Three.  March 29, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAUN M. TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 08-1-00392-3, Ted W. Small, J., entered November 18, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 28734-3-III.  Division Three.  March 29, 2011.]

BRET MICHAEL WHEELER, *Respondent*, v. SARA M. CALLOWAY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-2-02109-7, Salvatore F. Cozza, J., entered December 3, 2009. *Reversed* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Brown and Siddoway, JJ.